| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>ANDERSON, III, ROBERT L. | 2. Court or Organization<br><br>11TH CIR. COURT OF APPEALS | 3. Date of Report<br><br>05/5/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>475 Mulberry Street<br>Macon, Georgia 31201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover (see Part VIII) |
| 2. | |
| 3. | |

Anderson-III_Robert_L

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | SELF-EMPLOYED FREELANCE WRITING (no income in 2008) |
| 2. | 2008 | STIPEND, MEDICAL CENTER OF CENTRAL GEORGIA (non-profit) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/5/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/5/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Euro Pacific Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 3. Euro Pacific Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 4. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 5. Exxon (common) | A | Dividend | K | T | | | | | |
| 6. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 7. Fidelity Cash Reserves (money mutual fund) | A | Dividend | J | T | | | | | |
| 8. SunTrust Bank (common) | B | Dividend | K | T | | | | | |
| 9. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |
| 10. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | K | T | | | | | |
| 11. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 12. House and lot, Bibb County, GA | A | Rent | M | W | | | | | |
| 13. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 14. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 15. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 16. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 17. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III; ROBERT L. | 05/5/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 19. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 20. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 21. I shares Russell 2000 Value (IRA) | A | Dividend | J | T | | | | | |
| 22. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 23. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 24. I shares Russell 2000 Value (IRA) | A | Dividend | J | T | | | | | |
| 25. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 26. The Phoenix Co. (whole life) | A | Dividend | | | | 7/22 | J | | see part VIII |
| 27. The Phoenix Co. (whole life) | D | Dividend | | | | 7/22 | M | | See Part VIII |
| 28. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | See Part VIII |
| 29. SunTrust Bank CD | C | Interest | L | T | | | | | |
| 30. SunTrust Bank - money market | B | Interest | L | T | | | | | |
| 31. RLA/Chas Schwab Cust-IRA rollober | | | | | | | | | See Part VIII |
| 32. Schwab Value Advantage | A | Interest | L | T | | | | | See part VIII |
| 33. DFA Large Cap Int'l Port | A | Dividend | | | Sold | 12/2 | J | A | |
| 34. DFA U.S. Large Cap Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ANDERSON, III, ROBERT L. | 05/5/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Growth | A | Dividend | K | T | | | | | |
| 36. DFA Two Year Global | A | Dividend | J | T | Buy | 12/10 | J | | |
| 37. Harbor Bond Fund | B | Dividend | K | T | Buy | 1/31 | K | | |
| 38. Pimco Total Return Fund | A | Dividend | J | T | Buy | 12/10 | J | | |
| 39. Schwab Institutional (ISLCX) | B | Dividend | L | T | Buy | 5/7 | L | | |
| 40. Vanguard GNMA Fund | A | Dividend | J | T | Buy | 12/11 | J | | |
| 41. DFA Real Estate Securities Fund | A | Dividend | J | T | Buy | 5/7 | J | | |
| 42. DFA Real Estate Securities Fund | A | Dividend | | | Sold | 12/1 | J | A | |
| 43. DFA International Value Fund | A | Dividend | | | Buy | 1/31 | K | | |
| 44. DFA International Value Fund | A | Dividend | | | Sold | 12/1 | J | A | |
| 45. Sch Muni Money Fund | A | Interest | J | T | | | | | See Park VIII |
| 46. Sch Muni Money Fund | A | Interest | J | T | Distributed | 11/13 | J | | See Part VIII |
| 47. First City Bank (CD) (Y) | A | Interest | K | T | | | | | See Park VIII |
| 48. First City Bank (CD) (X) | A | Interest | J | T | | | | | See Park VIII |
| 49. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/5/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II. the rollover IRA to Chas Schwab & Co. was accomplished in 2007. No further changes in 2008, except investment changes reported in Part VII. lines 31-46.

Part VII, line 31, is simply a heading to disclose that the following items (lines 32-46) that describe holdings or transactions in the IRA during 2008.

Part VII, line 32, Swab Value Advantage is a cash equivalent account into which my IRA parks cash until further investment.

Prt VII line 45, Sch Muni Money Fund is a cash equivalent account into which my IRA parks cash until further investment.

Part VII, line 46, Sch. Muni Money Fund, represents distribution to me from my IRA on 11/13.

Part VII, lines 26 and 27: On 7/22/2008, these two Phoenix whole life policies (which as of that date had been consolidated into a single owner, ▆▆▆▆▆ I havaing gifted the smaller policy to her and she already owning the larger policy) were exchanged in a Sec. 1035 nontaxable exchange for a single whole life policy, owned by ▆▆▆▆ issued by Genworth Life Insurance Company. I was/am the insured with respect to all of the policies. Incidentally, the "Gain" column of lines 26 and 27 are blank because there was no gain. Also column D(1) of lines 26 and 27 are blank because none of the words permitted by the software fit the type of transaction, a nontaxable exchange. The Genworth Policy is disclosed on line 28 of Part VII.

Part VII, line 47: First City Bank CD. This is a cash equivalent account into which my stock broker parks cash (accumulated from dividends) until further investment. For several years I have let this build up, and it probably reached the $5000 reportable level a couple of years ago. Thus, I have added the indication "(Y") to indicate my previous inadvertent omissions. See Instructions, page 37, 39.

Part VII, line 48: First City Bank CD. This is a cash equivalent account into which ▆▆▆▆▆ stock broker parks cash (accumulated dividents) until further investment. I have added the indication "(X)" to indicate that this has now reached the $5000 reportable level.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/5/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544